UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-20396
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID J. TOWNSEND,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. CR-H-92-120-ALL

_____

February 7, 1996

Before KING, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for David J. Townsend has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967), and we have independently reviewed counsel's brief and the record, and found no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.

_____

[*]    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.